Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:15−bk−07645
Chapter 13
Judge Marian F Harrison

In Re:
   SCOTT BENJAMIN HARRISON
   479 BAMBURG DR.
   Clarksville, TN 37040

Social Security No.
   xxx−xx−1701

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 1/30/19 at 08:30 AM

to consider and act upon the following:

Motion for Loancare, LLC to show cause why they should not be held in contempt and sanctioned for violation of the automatic stay. (PARTIES SHALL COMPLY WITH LBR 9014−1)


Dated: 1/7/19                                                                                  /s/ MATTHEW T LOUGHNEY
                                                                                       Clerk, U.S. Bankruptcy Court